■ MARITA E. HYMAN, Appellant, v SUSAN N. BURGESS, Respondent. (Appeal No. 1.) [63 NYS3d 916]—

of the Supreme Court, Oneida County (Patrick F. MacRae, J.), entered December 2, 2015. The order denied plaintiff's motion for leave to reargue her motion seeking leave to amend the complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [4th Dept 1990]). Present—Centra, J.P., Peradotto, Carni, DeJoseph and Winslow, JJ.